EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2022 TSPR 16 |
| Yarimar Soto Rivera | 208 DPR _____ |

Número del Caso:  TS-16,532


Fecha:  4 de febrero de 2022


Abogada de la peticionaria:


        Lcda. Daisy Calcaño López



Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Yarimar Soto Rivera                    TS-16,532

RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de febrero de 2022.

Examinada la *Moción en cumplimiento de orden* que presentó la Sra. Yarimar Soto Rivera, mediante la cual solicitó reinstalación al ejercicio de la abogacía, se provee ha lugar. Por consiguiente, se reinstala a la señora Soto Rivera al ejercicio de la abogacía.

Se le ordena a la licenciada Soto Rivera revisar su información de contacto en el Registro Único de Abogados y Abogadas de Puerto Rico para confirmar que esté actualizada.

Notifíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo